```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Westchester County Fair Housing Board,

                Plaintiff,

-against-

Half Moon Bay Homeowners Association, Inc., et al.,

                Defendants.
-----------------------------------------------------------------X

7:23-CV-10063-NSR-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

    On May 1, 2024, the Court directed the parties to submit a joint status letter, by no later than May 31, 2024. (*See* ECF No. 31). The parties are reminded to submit their joint status letter, which is now due by **June 7, 2024**.

    **SO ORDERED.**

DATED:    White Plains, New York
                June 3, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge