UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Westchester County Fair Housing Board,

                        Plaintiff,

-against-

Half Moon Bay Homeowners Association, Inc., et al.,

                        Defendants.

-----------------------------------------------------------------X

7:23-CV-10063 (NSR) (VR)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/26/2024

**VICTORIA REZNIK, United States Magistrate Judge:**

      On July 15, 2024, the Court directed the parties to submit a joint letter, by no later than August 16, 2024, providing the Court with an update on the status of the case. (ECF No. 38). The Court has not yet received the parties' letter. The parties are reminded to submit their letter, which is now due by **August 29, 2024**.

      SO ORDERED.

DATED:    White Plains, New York
               August 26, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge