```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Westchester County Fair Housing Board,

                              Plaintiffs,         **ORDER RE STATUS CONFERENCE**

         -against-

Half Moon Bay Homeowners Association, Inc. et al,     7:23-cv-10063 NSR-VR
                             Defendant.

----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Status Conference (via telephone) is hereby scheduled for **November 7, 2024 at 11:30 am.** The parties are to dial in to the ATT conference line at **877-336-1839, enter access code 5999739** and then # to enter the conference.

    SO ORDERED.

DATED:    White Plains, New York
                October 28, 2024

                                                _____
                                                VICTORIA REZNIK
                                                United States Magistrate Judge