UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
WESTCHESTER COUNTY FAIR
HOUSING BOARD,

                    Plaintiff(s),          **ADJOURNMENT ORDER**

    - against -

                                                  23 Civ. 10063 (NSR)

HALF MOON BAY HOMEOWNERS
ASSOCIATION, INC., et al.,

                    Defendant(s).
--------------------------------------------------------x

NELSON S. ROMÁN, U.S.D.J.:

    The above case previously scheduled for a telephonic Status Conference on December 17, 2024 before the United States District Judge Nelson S. Román, **is hereby adjourned *sine die*** pending settlement. If settlement falls through, counsel are directed to inform this Court in writing.

SO ORDERED.

Dated: White Plains, New York
       December 16, 2024

_____
Nelson S. Román, U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2024